Court of Appeals denied. Present—Smith, J.P., Carni, Lindley, Sconiers and Martoche, JJ.

■ In the Matter of CITY OF ROCHESTER for a Warrant to Inspect 449-451 CEDARWOOD TERRACE, CITY OF ROCHESTER, COUNTY OF MONROE, STATE OF NEW YORK. JILL CERMAK et al., Appellants, v CITY OF ROCHESTER, Respondent. (Appeal No. 2.) [940 NYS2d 517]—Motion for reargument or leave to appeal to the Court of Appeals denied. Present—Smith, J.P., Carni, Lindley, Sconiers and Martoche, JJ.

■ In the Matter of CITY OF ROCHESTER for a Warrant to Inspect 187 CLIFTON STREET, CITY OF ROCHESTER, COUNTY OF MONROE, STATE OF NEW YORK. FLORINE NELSON et al., Appellants, v CITY OF ROCHESTER, Respondent. (Appeal No. 1.) [940 NYS2d 517]—Motion for reargument or leave to appeal to the Court of Appeals denied. Present—Smith, J.P., Carni, Lindley, Sconiers and Martoche, JJ.

■ In the Matter of CITY OF ROCHESTER for a Warrant to Inspect 187 CLIFTON STREET, CITY OF ROCHESTER, COUNTY OF MONROE, STATE OF NEW YORK. FLORINE NELSON et al., Appellants, v CITY OF ROCHESTER, Respondent. (Appeal No. 2.) [940 NYS2d 517]—Motion for reargument or leave to appeal to the Court of Appeals denied. Present—Smith, J.P., Carni, Lindley, Sconiers and Martoche, JJ.

■ KAREN L. SALVATO, Respondent, v LARRY P. SALVATO, Appellant. [940 NYS2d 517]—Motion for reargument denied. Present—Scudder, P.J., Centra, Fahey and Peradotto, JJ.

■ JOSEPH F. GAGNON, JR., et al., Appellants, v ST. JOSEPH's HOSPITAL et al., Respondents. [940 NYS2d 517]—Motions for reargument or leave to appeal to the Court of Appeals denied. Present—Fahey, J.P., Carni, Sconiers and Martoche, JJ.

■ A.J. BAYNES FREIGHT CONTRACTORS, LTD., et al., Respondents, v NORMAN L. POLANSKI, JR., as Mayor of City of Lackawanna, et al., Appellants. [940 NYS2d 517]—Motion for reargument or leave to appeal to the Court of Appeals denied. Present—Centra, J.P., Carni, Lindley and Sconiers, JJ.

■ PHILIP ARNO et al., Respondents, v MARIA CIMATO et al., Appellants. [940 NYS2d 517]—Motion for reargument or leave to appeal to the Court of Appeals denied. Present—Scudder, P.J., Centra, Fahey, Carni and Sconiers, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANTONIO CLARK, Appellant. [940 NYS2d 516]—Motion for reargu-